IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Petitioner,

   v.

JABAR SMITH,

        Respondent.
_____

ORDER

05-cr-22-jcs-01

    Petitioner moves under 18 U.S.C. §3582(c)(2) to reduce his sentence because of the lowering of the sentencing guideline range applicable to him on November 1, 2007.  The Court will order that the government respond to this motion not later than January 10, 2008.  Respondent may reply not later than January 21, 2008.

    SO ORDERED this <u>12th</u> day of December, 2007.

                      BY THE COURT:

                      /s/

                      _____
                      JOHN C. SHABAZ
                      District Judge